**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

CHARLINE M. BEENE, )
)
    Plaintiff, )
)
v. )  No. CIV-17-141-RAW
)
MILTON ANTHONY, individually and in )
  his official capacity, )
)
CARTER COUNTY, a political subdivision )
  sued in the name of the Board of )
  County Commissioners of Carter )
  County, )
)
    Defendant. )

**JOINT DISMISSAL OF DEFENDANT ANTHONY
IN HIS OFFICIAL CAPACITY**[1]

**COME NOW THE PARTIES**, and pursuant to Rule 25(d), Fed.R.Civ.P., give notice

that Milton Anthony is no longer Sheriff of Carter County and can be dismissed in his

official capacity, particularly since Carter County is already a party.  Pursuant to Rule

41(a)(1)(A)(ii), Fed.R.Civ.P., the parties hereby jointly stipulate to the dismissal of Milton

Anthony in his official capacity only.

---

  [1]This shall not prejudice the Plaintiff's rights to continue to pursue claims against
Defendant Anthony individually.

**RESPECTFULLY SUBMITTED THIS 26th DAY OF JUNE, 2017.**

s/Mark Hammons
Mark Hammons, OBA No. 3784
HAMMONS, GOWENS, HURST
  AND ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email:  mark@hammonslaw.com
*Counsel for Plaintiff*

s/Ambre C. Gooch
(*signed by filing party with permission*)
Ambre C. Gooch, OBA # 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th St., Second Floor
Oklahoma City, OK 73105-1815
Telephone: 405-524-2070
Facsimile: 405-524-2078
Email: acg@czwlaw.com
*Counsel for Defendant County*

s/Jessica Dark
(*signed by filing party with permission of*)
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jessica Dark, OBA #31236
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P
1109 N. Francis
Oklahoma City, OK 73106
Telephone: 405-235-1611
Facsimile:  405-235-2904
jdark@piercecouch.com
*Attorneys for Defendant Milton Anthony, in his individual capacity*