IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLINE M. BEENE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON ANTHONY, individually, and )<br>CARTER COUNTY, a political )<br>subdivision sued in the name of the )<br>Board of County Commissioners of )<br>Carter County, )<br>)<br>Defendants. ) | Case No. CIV-17-141-RAW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants jointly stipulate that the above-styled case should be dismissed with prejudice.   These parties will bear their own fees and expenses.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
Jordan L. Miller, OBA No. 30892
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com
           jlm@czwlaw.com

ATTORNEYS FOR DEFENDANT CARTER COUNTY, a political subdivision sued in the name of the Board of County Commissioners of Carter County

s/Mark Hammons
*(Signed by filing attorney with permission of Mark Hammons)*
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: cheri@hammonslaw.com
*Attorneys for Plaintiff*

s/Jessica Dark
*(Signed by filing attorney with permission of Jessica Dark)*
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, Oba No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: jdark@piercecouch.com
*Attorneys for Defendant Milton Anthony, in his individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Hammons – via electronic mail: cheri@hammonslaw.com
Amber Hurst - via electronic mail: amber@hammonslaw.com
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
*Attorneys for Plaintiff*

Robert S. Lafferrandre - via electronic mail at: rlafferrandre@piercecouch.com
Randall J. Wood - via electronic mail at: rwood@piercecouch.com
Jessica L. Dark - via electronic mail at: jdark@piercecouch.com
PIERCE COUCH HENDRICKSON
   BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126
***Attorney for Defendant Milton Anthony, in his individual capacity***

                                              s/ Ambre C. Gooch
                                              Ambre C. Gooch